UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SNEED,

    Petitioner,

  v.

BEN CURRY, warden,

    Respondent.

No. C 09-408 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

SUSAN ILLSTON
United States District Judge